JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL R. SPENGLER, | ) | Case No. CV 19-5577-DOC (SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| DEPUTY RAMBO, et al., | ) | |
| Defendants. | ) | |

On June 26, 2019, plaintiff Michael R. Spengler initiated this action by filing a civil rights complaint. Plaintiff did not pay the $350 filing fee, but did file a request to proceed without prepayment of filing fees or in forma pauperis ("IFP request").

On July 8, 2019, the Court denied plaintiff's IFP request. The Court further ordered that plaintiff shall pay the filing fees in full within 30 days or this case will be dismissed. More than 30 days have now passed, and plaintiff has not paid the filing fee owed.

//
//

IT IS THEREFORE ORDERED that this case is DISMISSED. No further filings shall be accepted under this case number.

DATED: August 29, 2019

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE